UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.   CRIMINAL ACTION NO. 13-10245-MLW

JEREMY LAWRENCE,
Defendant.

REPORT AND RECOMMENDATION
ON MOTIONS TO SET ASIDE THE
FORFEITURE (#102) AND TO STRIKE (#147).

KELLEY, U.S.M.J.

I. Facts.

On December 1, 2015, defendant Jeremy Lawrence pled guilty to the one-count indictment on which this case is premised. (#74; #1 (the indictment)). Included in the indictment was a forfeiture allegation, which, pursuant to 21 U.S.C. § 853, necessitated the forfeiture of "any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense." (#1 at 2 ¶ 1.) In accordance with the forfeiture allegation, the government filed a bill of particulars that listed "one black 2008 BMW 535Xi," (the car) as the property to be forfeited. (#19 at 2.) On February 25, 2016, the district judge to whom this case is assigned, Wolf, J., issued a Preliminary Order of Forfeiture that listed the car as the property to be forfeited. (#90 at 2.)

*As no objection to this Recommendation has been filed, and it is, in any event, persuasive, the Recommendation is hereby ADOPTED and a final order of forfeiture shall be entered. W.Y. DJ 1/26/18*